CTJ-O

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRESE JAMAR BOWERS | Case No. 4:24-CR-265-O<br>[Supersedes Indictment Returned on October 17, 2024.] |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
### Robbery of Property of the United States
(Violation of 18 U.S.C. § 2114(a))

On or about November 8, 2023, in the Fort Worth Division of the Northern District of Texas, the defendant, **Tyrese Jamar Bowers**, did rob property of the United States, that is one key suited to locks adopted by the Post Office Department or the Postal Service and in use on lock boxes, or other authorized receptacles for the deposit or delivery of mail matter from United States Postal Service (USPS) Letter Carrier R.P., a person who had lawful charge, control, and custody of any mail matter and property of the United States.

In violation of 18 U.S.C. § 2114(a).

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*/s/ Laura G. Montes*

LAURA G. MONTES
Assistant United States Attorney
Massachusetts Bar #687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Fax: 817-252-5455
Email: Laura.Montes@usdoj.gov
